IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILFRED W. NIELSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3180 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CATHY SHEAIR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 46, the Unopposed Motion to Extend Time Within Which Defendants May Be Served, filed by the plaintiff, Wilfred W. Nielsen. The motion is granted, and the plaintiff shall have until March 8, 2006 to serve the defendants named in the motion.

SO ORDERED.

DATED this 9th day of December, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge