IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILFRED W. NIELSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3180 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CATHY SHEAIR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

  This matter is before the court on filing no. 94, the Suggestion of Death filed by the defendants who inform the court that the plaintiff, Wilfred W. Nielsen, died on January 4, 2007. In light of that information, the immediate question before this court is whether the plaintiff's cause of action has abated or this case has otherwise become moot. The parties' attorneys shall confer and, if they agree, they shall file a joint status report by March 9, 2007. If the attorneys disagree, the parties' separate briefs shall be filed by that date regarding the status of the above-entitled case.

  SO ORDERED.

  DATED this 16th day of February, 2007.

            BY THE COURT:

            s/ WARREN K. URBOM
            United States Senior District Judge