# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

WILFRED W. NIELSEN, )
)
                    Plaintiff, )
)      **4:05cv3180**
        vs. )
)      **ORDER**
CATHY SHEAIR, et al., )
)
                    Defendants. )

This matter is before the court concerning the Rule 16 conference set for February 22, 2007. In light of the Order (#98) entered by the Honorable Warren K. Urbom, setting a March 9, 2007 status report deadline, the Rule 16 conference should be cancelled.

**IT IS ORDERED:**

1. The Rule 16 planning conference scheduled for February 22, 2007 before the undersigned magistrate judge, is hereby cancelled. If necessary, the hearing will be rescheduled.

Dated this 20th day of February 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge