# Case #4:05CV3180

# Nielsen v. Sheair

# #101, dated 3/5/07

# This entry is a "text only" Order. No document attached.