IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILFRED W. NIELSEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CATHY SHEAIR, individually and in her ) <br> official capacity as former Food Service ) <br> Director and current Associate Warden for ) <br> External Operations, RICHARD S. ) <br> ELLIOTT, Dr., individually and in his ) <br> official capacity as Head Doctor, et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) | 4:05CV3180 <br><br> ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME |

   IT IS ORDERED that the Unopposed Motion for Extension of Time, filing 103, is granted and the parties shall on or before June 11, 2007, report on the status of the above-captioned matter.

   Dated April 9, 2007.

                              BY THE COURT


                              s/ Warren K. Urbom
                              United States Senior District Judge