UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| The Personal Representative for the Estate of WILFRED NIELSEN, | ) ) ) | 4:05CV3180 |
| Plaintiff, | ) ) ) | MEMORANDUM AND ORDER ON MOTIONS TO DISMISS |
| vs. | ) ) | |
| CATHY SHEAIR, et al., | ) ) | |
| Defendants | ) | |

IT IS ORDERED that:

1.   the Defendants' Motion to Dismiss, filing 106, is denied;

2.   the Plaintiff's Motion to Dismiss Without Prejudice, filing 109, is granted.

Dated August 6, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge